U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of    Case Number:

VERONICA PURCELL

v.

CHICAGO SUN-TIMES, LLC, et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VERONICA PURCELL

FILED: JUNE 24, 2008
08CV3607
JUDGE DARRAH
MAGISTRATE JUDGE MASON

| NAME (Type or print) | |
|---|---|
| Eugene K. Hollander | YM |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Eugene K. Hollander | |
| FIRM | |
| The Law Offices of Eugene K. Hollander | |
| STREET ADDRESS | |
| 33 N. Dearborn Street, Suite 2300 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06193949 | 312/425-9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |