**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VERONICA PURCELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHICAGO SUN-TIMES LLC, a Delaware ) <br> LLC, f/k/a CHICAGO SUN-TIMES, INC., and ) <br> HOLLINGER INTERNATIONAL ) <br> PUBLISHING, INC., a Delaware corporation, ) <br> ) <br> Defendants. ) | Case No. 08 CV 3607 <br><br> Judge Darrah <br><br> Magistrate Judge Mason |

## DEFENDANTS' NOTICE OF AFFILIATES

Pursuant to Local Rule 3.2 and Fed. R. Civ. P. 7.1, the undersigned attorneys for Defendants state:

(1) The parent of nongovernmental Defendant Chicago Sun-Times LLC is The Sun-Times Company. The Sun-Times Company's parent, in turn, is Hollinger International Publishing Inc. Hollinger International Publishing Inc. is wholly owned by Sun-Times Media Group, Inc. No company owns more than 10% of Chicago Sun-Times LLC's stock.

(2) The nongovernmental Defendant Hollinger International Publishing, Inc. is wholly owned by Sun-Times Media Group, Inc. The Sun-Times Media Group, Inc. owns more than 10% of Hollinger International Publishing Inc.'s stock.

**DATED: July 21, 2008**  Respectfully submitted,

CHICAGO SUN-TIMES LLC AND
HOLLINGER INTERNATIONAL
PUBLISHING, INC.


By: /s/        Colin M. Connor
        One of Their Attorneys


Kristin Michaels
Colin M. Connor
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2008, I electronically filed the foregoing DEFENDANTS' NOTICE OF AFFILIATES with the Clerk of the Court using the CM/ECF system and served a copy upon the following by United States Mail, postage prepaid:

> Eugene K. Hollander
> Paul W. Ryan
> The Law Offices of Eugene K. Hollander
> 33 North Dearborn, Suite 2300
> Chicago, IL 60602

> /s/　Colin M. Connor